FILE COPY

No. 07-23-00297-CV

| | | |
|---|---|---|
| The State of Texas | § | From the 47th District Court |
|    Appellant | |    of Potter County |
| | § | |
| v. | | January 30, 2024 |
| | § | |
| Three Thousand, Seven Hundred | | Opinion by Justice Yarbrough |
| Seventy-Four Dollars, and Twenty- | § | |
| Eight Cents U.S. Currency | | |
| ($3,774.28) | | |
|    Appellee | | |

## J U D G M E N T

Pursuant to the opinion of the Court dated January 30, 2024, it is ordered, adjudged, and decreed that the judgment of the trial court be affirmed.

It is further ordered that appellant pay all costs in this behalf expended for which let execution issue.

It is further ordered that this decision be certified below for observance.

o O o